IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIELLE JACKSON, | |
| Plaintiff, | |
| v. | Civil Action No. 25-552-CFC |
| BP EXPLORATION & PRODUCTION INC., ET AL., | |
| Defendants. | |

## ORDER

At Wilmington on this Thirteenth day of August in 2025,

For the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that:

1. Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) (D.I. 39) is GRANTED; and

2. The Clerk of the Court is directed to TRANSFER immediately this action to the United States District Court for the Northern District of Florida.

_____
CHIEF JUDGE